THE W. P. CALLAHAN COMPANY, Respondent, *v.* WIL-
LIAM HILLS et al., Doing Business under the Firm
Name of WILLIAM HILLS, JR., Appellants.

*Callahan Co.* v. *Hills,* 154 App. Div. 937, affirmed.
(Argued March 8, 1915; decided March 23, 1915.)

APPEAL from a judgment of the Appellate Division
of the Supreme Court in the first judicial department,
entered February 3, 1913, affirming a judgment in favor
of plaintiff entered upon a verdict in an action upon a
promissory note.

*Martin Conboy* for appellants.

*Edgar J. Nathan* for respondent.

Judgment affirmed, with costs; no opinion.
Concur: WILLARD BARTLETT, Ch. J., HISCOCK, CHASE,
CUDDEBACK, HOGAN, MILLER and SEABURY, JJ.